RECEIVED
DEC - 1 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GENESIS SERVICES, INC. | CIVIL ACTION NO. 6:16-CV-00613 |
| VERSUS | JUDGE DOHERTY |
| SCREENS PLUS, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's application for default judgment should be GRANTED, and further recommends that Genesis should be awarded the sum of $156,609.97 in unpaid invoices plus costs in the amount of $544.01, plus attorneys' fees in the amount of $3,823.50, for a total judgment of $160,977.48, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 1st day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE